SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
OWEN P. MARTIKAN (SBN 177104)
Assistant United States Attorney

    450 Golden Gate Avenue, 9th Floor
    San Francisco, California 94102-3495
    Telephone:  (415) 436-7241
    Facsimile:   (415) 436-6748
    Email:      owen.martikan@usdoj.gov

Attorneys for The United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARTHA THOMPSON and CHRIS THOMPSON,<br><br>        Plaintiffs,<br><br>   v.<br><br>THE UNITED STATES OF AMERICA and DOES 1 THROUGH 50,<br><br>        Defendants. | No. C 07-03237 WHA<br>**E-FILING CASE**<br><br>**UNOPPOSED MOTION FOR 30-DAY CONTINUANCE OF CASE MANAGEMENT CONFERENCE AND RELATED DATES** |

       This is a tort case alleging medical malpractice and elder abuse. The case was filed on June 19, 2007, and was served on this office on August 9, 2007. Defendant the United States requests a 30-day continuance of the current case management conference, case management conference statement, and initial disclosure dates for two reasons. First, because this case was recently served, this office has not yet received any information from the relevant agency (the Office of Veterans Affairs) about this case. Second, the undersigned will be transferring to the Criminal Division in two weeks, and this case will be reassigned to a new AUSA who will be starting after Labor Day. This continuance will allow the new attorney to learn about this case and discuss the case management schedule and discovery with plaintiff's counsel.

1  Defendant has conferred with plaintiff's counsel regarding this request, and it is
2  unopposed.

3       Respectfully submitted,

4       SCOTT N. SCHOOLS
      United States Attorney
5

      /s/
6  Dated: August 27, 2007       _____

      OWEN P. MARTIKAN
7       Assistant United States Attorney

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DEF'S MOTION FOR 30-DAY CONTINUANCE OF CMC DATES
C 07-03237 WHA     2