SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
OWEN P. MARTIKAN (SBN 177104)
Assistant United States Attorney

    450 Golden Gate Avenue, 9th Floor
    San Francisco, California 94102-3495
    Telephone:  (415) 436-7241
    Facsimile:   (415) 436-6748
    Email:      owen.martikan@usdoj.gov

Attorneys for The United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARTHA THOMPSON and CHRIS THOMPSON,<br><br>          Plaintiffs,<br><br>   v.<br><br>THE UNITED STATES OF AMERICA and DOES 1 THROUGH 50,<br><br>          Defendants. | No. C 07-03237 WHA<br>**E-FILING CASE**<br><br>**[PROPOSED] ORDER RE; UNOPPOSED MOTION FOR 30-DAY CONTINUANCE OF CASE MANAGEMENT CONFERENCE AND RELATED DATES** |

    This case comes before the Court on defendant United States of America's unopposed motion for a 30-day continuance of the current case management conference, case management conference statement, and initial disclosure dates. For good cause shown, defendant's motion is GRANTED. The parties will meet and confer regarding initial disclosures and ADR by October 5, 2007. The parties will complete initial disclosures and file a joint case management conference statement by October 19, 2007. The initial case management conference will take place on October 25, 2007 at 11:00am in Courtroom 9, 19th Floor in San Francisco.

    So ordered.


DATED: _____                                    _____
                                                                               HON. WILLIAM H. ALSUP
                                                                               United States District Judge