| | |
|---|---|
| 1 | SCOTT N. SCHOOLS (SC 9990)<br>United States Attorney |
| 2 | JOANN M. SWANSON (CSBN 88143)<br>Chief, Civil Division |
| 3 | ELLEN M. FITZGERALD (NY 2408805) |
| 4 | Assistant United States Attorney |
| |    450 Golden Gate Avenue, Box 36055 |
| 5 |    San Francisco, California 94102-3495 |
| |    Telephone: (415) 436-7314 |
| 6 |    Facsimile:  (415) 436-6748 |
| 7 |    E-mail:     ellen.fitzgerald@usdoj.gov |
| 8 | Attorneys for Federal Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| MARTHA THOMPSON and CHRIS THOMPSON, | ) ) ) | No. C 07-3237 WHA |
|    Plaintiffs, | ) ) | **NOTICE OF SUBSTITUTION OF COUNSEL** |
| vs. | ) ) | |
| UNITED STATES OF AMERICA and DOES 1 TO 50, | ) ) ) | |
|    Defendant. | ) ) ) | |

TO THE COURT AND ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that defendants hereby substitute Assistant United States Attorney Ellen M. FitzGerald for Assistant United States Attorney Own Martikan as counsel for the defendants in the above-referenced action. All future pleadings and correspondence to defendants should be directed to:

NOTICE OF SUBSTITUTION
No. C 07-3237 WHA

AUSA Ellen M. FitzGerald
United States Attorney's Office
450 Golden Gate Avenue, 9th Floor
Box 36055
San Francisco, CA 94102-3495
Telephone: (415) 436-7314
Facsimile:  (415) 436-6748
ellen.fitzgerald@usdoj.gov

                                            Respectfully submitted,

                                            SCOTT N. SCHOOLS
                                            United States Attorney

DATED: September 13, 2007        By:          /s/
                                            ELLEN M. FITZGERALD
                                            Assistant United States Attorney

NOTICE OF SUBSTITUTION
No. C 07-3237 WHA