UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MARTHA THOMPSON and CHRIS THOMPSON,

              Plaintiff(s),

v.

UNITED STATES OF AMERICA

              Defendant(s).
_____/

Case No. C 07-03237 WHA

ADR CERTIFICATION BY PARTIES AND COUNSEL

      Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

      **(1)** Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov   *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

      **(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

      **(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 10/16/2007

Dated: 10/16/2007

United States of America
[Party]

/s/ Ellen M. FitzGerald, AUSA
[Counsel]

# CERTIFICATE OF SERVICE

**Thompson, et al. V. USA**
**C 07-03237 WHA**

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she is causing a copy of the following:

**ADR Certification by Parties and Counsel**

to be served this date upon the party in this action by placing a true copy thereof in a sealed envelope, and served as follows:

\_\_\_\_   FIRST CLASS MAIL by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

\_\_\_\_   CERTIFIED MAIL (# ) by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

\_\_\_\_   PERSONAL SERVICE (BY MESSENGER)

\_\_\_\_   FEDERAL EXPRESS via Priority Overnight

_X_\_\_  EMAIL

\_\_\_\_   FACSIMILE (FAX)

to the party(ies) addressed as follows:

ADR Unit
Email: ADR@cand.uscourts.gov

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this October 16, 2007 at San Francisco, California.

\_\_\_\_/s/_____
LILY HO-VUONG
Legal Assistant