IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHA THOMPSON, et al., | No. C 07-03237 WHA |
| Plaintiff, | |
| v. | **CLERK'S NOTICE RESCHEDULING HEARING** |
| UNITED STATES OF AMERICA, | |
| Defendant. / | |

(Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing on the Notice of Electronic Filing or Other Case Activity and/or the attached Certificate of Service.)

YOU ARE NOTIFIED THAT the Case Management Conference previously set for October 25, 2007 at 11:00 a.m. has been rescheduled for **November 1, 2007 at 3:30 p.m.**, before the Honorable William Alsup.  Please report to Courtroom 9, on the 19th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, CA  94102.

Dated:   October 22, 2007                                                FOR THE COURT,

Richard W. Wieking, Clerk

By: _____
  Dawn Toland
  Courtroom Deputy to the
  Honorable William Alsup