UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: November 1, 2007

Case No.  C 07-03237 WHA

Title: MARTHA THOMPSON  v. USA

Plaintiff Attorneys: Timothy Hamilton

Defense Attorneys: Ellen Fitzgerald

Deputy Clerk:  Dawn Toland

Court Reporter: Margo Gurule

**PROCEEDINGS**

1)   CMC - HELD

2)

Continued to _ for Further Case Management Conference

Continued to _for Pretrial Conference

Continued to _for Jury Trial

**ORDERED AFTER HEARING:**