Timothy M. Hamilton (State Bar #90270)
**WALKER, HAMILTON & WHITE**
50 Francisco Street, Suite 460
San Francisco, CA 94133-2100
Telephone: (415) 986-3339
Facsimile: (415) 986-1618

Attorney for Plaintiffs
MARTHA THOMPSON and
CHRIS THOMPSON

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHA THOMPSON and CHRIS THOMPSON, | Case No: C 07 3237 WHA |
| Plaintiffs, | **NOTICE OF MOTION AND MOTION; MEMORANDUM OF POINTS AND AUTHORITIES; AND DECLARATION OF TIMOTHY M. HAMILTON IN SUPPORT OF MOTION TO REQUEST AN EXTENSION OF THE MEDIATION DEADLINE; [PROPOSED] ORDER; PROOF OF SERVICE** |
| v. | |
| UNITED STATES OF AMERICA, and DOES 1 to 50, inclusive, | |
| Defendants. | Hearing Date: February 14, 2008 Time: 8:00 a.m. Dept.: 9 Judge: William H. Alsup |
| | Date of Filing: June 19, 2007 Trial Date: November 3, 2008 |
| _____/ | |

TO EACH PARTY AND TO THE ATTORNEY OF RECORD FOR EACH PARTY IN THIS

ACTION:

    YOU ARE HEREBY NOTIFIED THAT on February 14, 2008, at 8:00 a.m., or as soon

thereafter as the matter can be heard in Department 9 of this Court, located at 450 Golden Gate Avenue, San Francisco, CA 94102-3483, plaintiffs Martha Thompson and Chris Thompson will move this Court pursuant to ADR Local Rules, rule 6-5, for an order granting a request for an extension of the mediation date to April 30, 2008.

The motion will be made on the ground that the discovery planned in this matter will preclude the parties from mediating before the February 4, 2008 deadline, and both parties stipulate to an extension of the mediation deadline. The motion will be based upon this notice of motion and motion, the declaration of Timothy M. Hamilton, the memorandum of points and authorities, and the proposed order, all of which are attached hereto and served and filed herewith, oral argument, and the complete records and transcripts in this matter.

### DECLARATION OF TIMOTHY M. HAMILTON

I, TIMOTHY M. HAMILTON, declare:

1.      I am an attorney duly licensed to practice in all the courts of the State of California. I am one of the attorneys for plaintiffs Martha Thompson and Chris Thompson in the above-captioned action. I make this declaration in support of plaintiffs' motion to request an extension of the mediation deadline. I have personal knowledge of the facts stated herein and if called as a witness I could competently testify to them.

2.      On June 19, 2007, I filed a complaint on behalf of plaintiffs Martha Thompson and Chris Thompson. The complaint alleged causes of action for wrongful death, negligence, willful misconduct and elder abuse.

3.      At the initial case management conference on November 1, 2007, the Court

referred this case to mediation. The mediation deadline is February 4, 2008.

4.    On December 12, 2007, the mediator conducted a conference call with defense counsel and me.  During that conversation, both defense counsel and I expressed concerns that a February 4, 2008 mediation deadline would preclude both parties from conducting all of their planned discovery in this matter.  I, for one, begin a trial in San Francisco Superior Court on January 14, 2008 (Case No. CGC-06-452083).  I expect the trial to last two weeks.  I would not, despite due diligence, be able to conduct all my planned discovery by February 4, 2008.  In addition, defense counsel stated that, given her schedule and the amount of records left to be reviewed and depositions taken, would not be able to complete her planned discovery by the mediation deadline.

5.    During the December 12, 2007, conversation with the mediator, both parties stipulated to an extension of the mediation deadline, and informed the mediator that we would request such an extension from the Court.  Thus, defense counsel has had notice of plaintiffs' motion to request an extension of the mediation deadline since December 12, 2007, and in fact concurred with such a motion on that date.

7.     Both parties are amenable to an extension of the deadline to April 30, 2008. An extension to April 30, 2008 would not affect the June 27, 2008 discovery cut-off date.

8.    The requested extension is necessary and proper to give plaintiffs an opportunity to prosecute their claims to the fullest extent possible in furtherance of justice, and defendants the opportunity to defend same.

///

///

Thompson v. USA
C 07 3237 WHA
NOTICE OF MOTION AND MOTION; MEMORANDUM OF POINTS AND AUTHORITIES;
DECLARATION OF TIMOTHY M. HAMILTON IN SUPPORT OF MOTION TO EXTEND
MEDIATION DEADLINE; [PROPOSED] ORDER; PROOF OF SERVICE                    Page -3

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on January 7, 2008, at San Francisco, California.

_____/S/_____
Timothy M. Hamilton

## MEMORANDUM OF POINTS AND AUTHORITIES

### I.    STATEMENT OF FACTS

On June 13, 2006, decedent Ollis Thompson was admitted to the San Francisco Veterans Administration Medical Center Nursing Home Care Unit for respite care.  Decedent was a 92-year-old wheelchair bound inpatient who had received respite care at this facility many times in the past, and who was in no acute distress upon admission.  Upon discharge, 12 days later, decedent was malnourished, dehydrated, severely emaciated, damaged in his lungs, severely damaged with skin breakdown and development of a stage 2 decubitus ulcer, and so weakened as to be barely able to communicate and unresponsive.  Decedent was never able to regain the status of health he had enjoyed prior to June 13, 2006, and three months later, died from the injuries he sustained while in the VA Nursing Home Care Unit.

On June 19, 2007, plaintiffs Martha Thompson and Chris Thompson filed a complaint for damages for the wrongful death of their deceased husband, and father, respectively, against the United States of America, alleging causes of action for wrongful death, negligence, willful misconduct and elder abuse.

Plaintiffs request an extension of the mediation deadline because counsel for plaintiffs begins a two week trial on January 14, 2008, and will be unable to complete discovery prior to

1   the February 4, 2008 deadline.  In addition, defense counsel has stated that the February 4, 2008

2   mediation deadline will preclude her from completing all of her planned discovery, and she

3   concurs in a request for an extension.

4

5

6   ## II.    ARGUMENT

7   THIS COURT SHOULD GRANT PLAINTIFFS' REQUEST TO EXTEND THE MEDIATION
    DEADLINE BECAUSE NEITHER PARTY, DESPITE DUE DILIGENCE, IS ABLE TO
8   COMPLETE PLANNED DISCOVERY BY THE MEDIATION DEADLINE, AND BOTH
    PARTIES STIPULATE TO SUCH AN EXTENSION.

9           Under rule 6-5 of the ADR Local Rules, the court may, on motion pursuant to Civil Local

10  Rule 7, grant a request to extend the deadline for mediation.  In addition, under Rule 16(b) of the

11  Federal Rules of Civil Procedure, a case management scheduling order "shall not be modified

12  except upon a showing of good cause" and by leave of the court.  To establish "good cause",

13  parties seeking to modify a case management scheduling order must show that, despite due

14  diligence, they are unable to meet the order's timetable.  *See* Johnson v. Mammoth Rescreations,

15  Inc. 975 F.2d. 604, 605 (9th Cir. 1992).

16

17          Here, the Court referred the parties to mediation in its November 5, 2007, case

18  management order.  According to ADR Local Rules, the mediation must be held within 90 days

19  after the entry of the order referring the case to mediation.  The mediation deadline falls on a

20  Sunday; therefore, the actual deadline is Monday, February 4, 2008.

21

22          Despite due diligence, plaintffs' counsel will not be able to complete planned discovery,

23  including the depositions of multiple defense witnesses, prior to February 4, 2008, because he

24  begins trial in another matter on January 14, 2008.  Plaintiffs' counsel expects the trial to last two

25

26  Thompson v. USA
    C 07 3237 WHA
    NOTICE OF MOTION AND MOTION; MEMORANDUM OF POINTS AND AUTHORITIES;
    DECLARATION OF TIMOTHY M. HAMILTON IN SUPPORT OF MOTION TO EXTEND
    MEDIATION DEADLINE; [PROPOSED] ORDER; PROOF OF SERVICE                    Page -5

1  weeks.  In addition, defense counsel also states that a February 4, 2008 mediation deadline would

2  preclude her from conducting all of her planned discovery in this matter, given that it is a

3  wrongful death and elder abuse case that involves numerous witnesses and voluminous records.

4      Defendant's attorney concurs in the request for an extension of the February 4, 2008,

5  deadline to April 30, 2008, and in fact first stipulated to the request for an extension during a

6  December 11, 2007, telephonic conversation with the mediator and plaintiffs' counsel.  An

7  extension to April 30, 2008, would allow both parties to complete discovery within the timetable

8  allowed, and to mediate meaningfully.

9

10

11 **III.    CONCLUSION**

12      There is good cause for granting plaintiffs' request to extend the mediation deadline

13 because neither party, despite due diligence, is able to complete discovery and therefore mediate

14 meaningfully by February 4, 2008, and defendant concurs in this request.

15 Dated: January 7, 2008                WALKER, HAMILTON & WHITE

16

17                                     By:_____/S/_____

18                                          Timothy M. Hamilton
                                           Attorneys for Plaintiffs

19

20

21

22

23

24

25

26 Thompson v. USA
   C 07 3237 WHA
   NOTICE OF MOTION AND MOTION; MEMORANDUM OF POINTS AND AUTHORITIES;
   DECLARATION OF TIMOTHY M. HAMILTON IN SUPPORT OF MOTION TO EXTEND
   MEDIATION DEADLINE; [PROPOSED] ORDER; PROOF OF SERVICE              Page -6

Timothy M. Hamilton (State Bar #90270)
**WALKER, HAMILTON & WHITE**
50 Francisco Street, Suite 460
San Francisco, CA 94133-2100
Telephone: (415) 986-3339
Facsimile:  (415) 986-1618

Attorney for Plaintiffs
MARTHA THOMPSON and
CHRIS THOMPSON

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARTHA THOMPSON and
CHRIS THOMPSON,

     Plaintiffs,

   v.

UNITED STATES OF AMERICA, and
DOES 1 to 50, inclusive,

     Defendants.

Case No: C 07 3237 WHA

**[PROPOSED] ORDER**

Hearing Date:  February 14, 2008
Time: 8:00 a.m.
Dept.:  9
Judge: William H. Alsup

Date of Filing: June 19, 2007
Trial Date: November 3, 2008

_____/

Plaintiffs' motion came on regularly for hearing on February 14, 2008, in Department 9 of the above-entitled court, with appearances by counsel as follows:  Walker, Hamilton and White, by Timothy M. Hamilton, on behalf of plaintiffs; U.S. Attorney's Office, Northern District of California, by Ellen M. Fitzgerald, Assistant U.S. Attorney.

Thompson v. USA
C 07 3237 WHA
NOTICE OF MOTION AND MOTION; MEMORANDUM OF POINTS AND AUTHORITIES;
DECLARATION OF TIMOTHY M. HAMILTON IN SUPPORT OF MOTION TO EXTEND
MEDIATION DEADLINE; [PROPOSED] ORDER; PROOF OF SERVICE            Page -7

1       The court, having considered the notice of motion and motion; the declaration of Timothy

2   M. Hamilton, the memorandum of points and authorities, the complete records and transcripts;

3   and oral argument, finds:

4       1.      Plaintiffs and defendants cannot, despite due diligence, conform to the mediation

5

6   deadline, as established by the Court's initial case management order; and

7       2.      There is good cause for granting plaintiffs' request for an extension of the

8   mediation deadline.

9       THEREFORE, the court grants plaintiffs' motion to request an extension of the mediation

10  deadline.  The mediation deadline shall be extended to _____, 2008.  All

11  other dates as established in the Court's initial case management order shall remain in place.

12

13  DATED: February 14, 2008              By:_____

14                                           WILLIAM ALSUP
                                             UNITED STATES DISTRICT JUDGE
15

16

17

18

19

20

21

22

23

24

25

26  <u>Thompson v. USA</u>
    C 07 3237 WHA
    NOTICE OF MOTION AND MOTION; MEMORANDUM OF POINTS AND AUTHORITIES;
    DECLARATION OF TIMOTHY M. HAMILTON IN SUPPORT OF MOTION TO EXTEND
    MEDIATION DEADLINE; [PROPOSED] ORDER; PROOF OF SERVICE              Page -8

1

**PROOF OF SERVICE**

2

Thompson v. US
Case No: C 07 3237 WHA

3

4

My business address is 50 Francisco Street, Suite 460, San Francisco, California 94133.  I am employed in the County of San Francisco, where this mailing occurs. I am over the age of 18 years and not a party to the within cause.  On the date set forth below, I served the foregoing document(s) described as:

5

6

7

NOTICE OF MOTION AND MOTION; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF TIMOTHY M. HAMILTON IN SUPPORT OF MOTION TO EXTEND MEDIATION DEADLINE; [PROPOSED] ORDER; PROOF OF SERVICE

8

9

on the following person(s) in this action by placing a true copy thereof enclosed in a sealed envelope addressed as listed below.

10

11

**[XX]    BY MAIL**   I sealed said envelope with postage thereon fully prepaid, and placed it for collection by the U.S. Postal Service on **January 8, 2008,** following ordinary business practices.

12

**[ ]    BY OVERNIGHT COURIER**    On **January 8, 2008,** I deposited said envelope for delivery via Federal Express to the office of the addressee.

13

14

**[XX]    BY FACSIMILE**    On **January 8, 2008,** I transmitted this document to the parties listed below at the facsimile numbers listed.

**[XX]    BY E-MAIL**    On **January 8, 2008,** I transmitted the above-listed documents as PDF files to the e-mail address of the party listed below.

15

16

Ellen M. Fitzgerald                                Carolyn L. Rosenblatt

17

Assistant U.S. Attorney                        Law Offices of Carolyn Rosenblatt
450 Golden Gate Ave., Box 36055        711 Mission Avenue

18

San Francisco, CA 94102-3495            San Rafael, CA 94901
Fax.: (415) 436-6748                            *By: U.S. mail only*

19

*By: e-mail, fax and U.S. mail*

20

21

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on **January 8, 2008,** at San Francisco, California.

22

23

_____

Clarissa Kearns

24

25

26

Thompson v. USA
C 07 3237 WHA
NOTICE OF MOTION AND MOTION; MEMORANDUM OF POINTS AND AUTHORITIES;
DECLARATION OF TIMOTHY M. HAMILTON IN SUPPORT OF MOTION TO EXTEND
MEDIATION DEADLINE; [PROPOSED] ORDER; PROOF OF SERVICE                    Page -9