1  Timothy M. Hamilton (State Bar #90270)
   **WALKER, HAMILTON & WHITE**
2  50 Francisco Street, Suite 460
3  San Francisco, CA 94133-2100
   Telephone: (415) 986-3339
4  Facsimile:  (415) 986-1618

5  Attorney for Plaintiffs
   MARTHA THOMPSON and
6  CHRIS THOMPSON

7

8              **IN THE UNITED STATES DISTRICT COURT**

9              **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10

11 MARTHA THOMPSON and              Case No: C 07 3237 WHA
   CHRIS THOMPSON,

12      Plaintiffs,                 **AMENDED PROOF OF SERVICE**

13     v.

14                                  Assigned for all purposes to: Judge Alsup

15 UNITED STATES OF AMERICA, and
   DOES 1 to 50, inclusive,
16
        Defendants.
17 _____/

18

19

20

21

22

23

24

25

26
   Thompson v. USA
   C 07 3237 WHA
   AMENDED PROOF OF SERVICE                                          Page -1

**AMENDED PROOF OF SERVICE**

Thompson v. USA
Case No. C 07-3237 WHA

My business address is 50 Francisco Street, Suite 460, San Francisco, California 94133. I am employed in the County of San Francisco, where this mailing occurs. I am over the age of 18 years and not a party to the within cause. On the date set forth below, I served the foregoing document(s) described as:

NOTICE OF MOTION AND MOTION; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF TIMOTHY M. HAMILTON IN SUPPORT OF MOTION TO EXTEND MEDIATION DEADLINE; [PROPOSED] ORDER; PROOF OF SERVICE

on the following person(s) in this action by placing a true copy thereof enclosed in a sealed envelope addressed as listed below.

[XX]  **BY MAIL**  I sealed said envelope with postage thereon fully prepaid, and placed it for collection by the U.S. Postal Service on **January 8, 2008,** following ordinary business practices.
[ ]  **BY OVERNIGHT COURIER**  On **January 8, 2008,** I deposited said envelope for delivery via Federal Express to the office of the addressee.
[XX]  **BY FACSIMILE**  On **January 8, 2008,** I transmitted this document to the parties listed below at the facsimile numbers listed.
[XX]  **BY E-MAIL**  On **January 8, 2008,** I transmitted the above-listed documents as PDF files to the e-mail address of the party listed below.

| | |
|---|---|
| Ellen M. Fitzgerald<br>Assistant U.S. Attorney<br>450 Golden Gate Ave., Box 36055<br>San Francisco, CA 94102-3495<br>Fax.: (415) 436-6748<br>*By: U.S. mail, fax and e-mail*<br>*Counsel for defendant* | Carolyn L. Rosenblatt<br>Law Offices of Carolyn Rosenblatt<br>711 Mission Avenue<br>San Rafael, CA 94901<br>*By: U.S. mail only*<br>*Counsel for plaintiffs* |
| Arnold B. Haims<br>Haims, Valentino & Latchaw, L.L.P.<br>180 Grand Avenue, Suite 700<br>Oakland, CA 94612<br>*By: U.S. mail only*<br>*Mediator* | Alice M. Fiel<br>ADR Case Administrator<br>450 Golden Gate Avenue<br>San Francisco, CA 94102<br>*By: U.S. mail only*<br>*ADR Case Administrator* |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on **January 8, 2008,** at San Francisco, California.

_____
Clarissa Kearns

Thompson v. USA
C 07 3237 WHA
AMENDED PROOF OF SERVICE                                                                    Page -2