1  Timothy M. Hamilton (State Bar #90270)
   **WALKER, HAMILTON & WHITE**
2  50 Francisco Street, Suite 460
   San Francisco, CA 94133-2100
3  Telephone: (415) 986-3339
4  Facsimile: (415) 986-1618

5  Attorney for Plaintiffs
   MARTHA THOMPSON and
6  CHRIS THOMPSON

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 MARTHA THOMPSON and              Case No: C 07 3237 WHA
   CHRIS THOMPSON,
12                                  **NOTICE OF MOTION AND MOTION;**
        Plaintiffs,                 **MEMORANDUM OF POINTS AND**
13                                  **AUTHORITIES; AND DECLARATION OF**
        v.                          **TIMOTHY M. HAMILTON IN SUPPORT**
14                                  **OF MOTION TO REQUEST AN**
                                    **EXTENSION OF THE MEDIATION**
15 UNITED STATES OF AMERICA, and    **DEADLINE; [PROPOSED] ORDER;**
   DOES 1 to 50, inclusive,         **PROOF OF SERVICE**
16
        Defendants.                 Hearing Date: February 14, 2008
17                                  Time: 8:00 a.m.
                                    Dept.: 9
18                                  Judge: William H. Alsup

19                                  Date of Filing: June 19, 2007
20                                  Trial Date: November 3, 2008

21 _____/

22 TO EACH PARTY AND TO THE ATTORNEY OF RECORD FOR EACH PARTY IN THIS

23 ACTION:

24
        YOU ARE HEREBY NOTIFIED THAT on February 14, 2008, at 8:00 a.m., or as soon
25

26 Thompson v. USA
   C 07 3237 WHA
   NOTICE OF MOTION AND MOTION; MEMORANDUM OF POINTS AND AUTHORITIES;
   DECLARATION OF TIMOTHY M. HAMILTON IN SUPPORT OF MOTION TO EXTEND
   MEDIATION DEADLINE; [PROPOSED] ORDER; PROOF OF SERVICE                Page -1

thereafter as the matter can be heard in Department 9 of this Court, located at 450 Golden Gate Avenue, San Francisco, CA 94102-3483, plaintiffs Martha Thompson and Chris Thompson will move this Court pursuant to ADR Local Rules, rule 6-5, for an order granting a request for an extension of the mediation date to April 30, 2008.

The motion will be made on the ground that the discovery planned in this matter will preclude the parties from mediating before the February 4, 2008 deadline, and both parties stipulate to an extension of the mediation deadline. The motion will be based upon this notice of motion and motion, the declaration of Timothy M. Hamilton, the memorandum of points and authorities, and the proposed order, all of which are attached hereto and served and filed herewith, oral argument, and the complete records and transcripts in this matter.

**DECLARATION OF TIMOTHY M. HAMILTON**

I, TIMOTHY M. HAMILTON, declare:

1.  I am an attorney duly licensed to practice in all the courts of the State of California. I am one of the attorneys for plaintiffs Martha Thompson and Chris Thompson in the above-captioned action. I make this declaration in support of plaintiffs' motion to request an extension of the mediation deadline. I have personal knowledge of the facts stated herein and if called as a witness I could competently testify to them.

2.  On June 19, 2007, I filed a complaint on behalf of plaintiffs Martha Thompson and Chris Thompson. The complaint alleged causes of action for wrongful death, negligence, willful misconduct and elder abuse.

3.  At the initial case management conference on November 1, 2007, the Court

referred this case to mediation. The mediation deadline is February 4, 2008.

4. On December 12, 2007, the mediator conducted a conference call with defense counsel and me. During that conversation, both defense counsel and I expressed concerns that a February 4, 2008 mediation deadline would preclude both parties from conducting all of their planned discovery in this matter. I, for one, begin a trial in San Francisco Superior Court on January 14, 2008 (Case No. CGC-06-452083). I expect the trial to last two weeks. I would not, despite due diligence, be able to conduct all my planned discovery by February 4, 2008. In addition, defense counsel stated that, given her schedule and the amount of records left to be reviewed and depositions taken, would not be able to complete her planned discovery by the mediation deadline.

5. During the December 12, 2007, conversation with the mediator, both parties stipulated to an extension of the mediation deadline, and informed the mediator that we would request such an extension from the Court. Thus, defense counsel has had notice of plaintiffs' motion to request an extension of the mediation deadline since December 12, 2007, and in fact concurred with such a motion on that date.

7. Both parties are amenable to an extension of the deadline to April 30, 2008. An extension to April 30, 2008 would not affect the June 27, 2008 discovery cut-off date.

8. The requested extension is necessary and proper to give plaintiffs an opportunity to prosecute their claims to the fullest extent possible in furtherance of justice, and defendants the opportunity to defend same.

///

///

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on January 7, 2008, at San Francisco, California.

_____/S/_____
Timothy M. Hamilton

**MEMORANDUM OF POINTS AND AUTHORITIES**

**I.   STATEMENT OF FACTS**

On June 13, 2006, decedent Ollis Thompson was admitted to the San Francisco Veterans Administration Medical Center Nursing Home Care Unit for respite care. Decedent was a 92-year-old wheelchair bound inpatient who had received respite care at this facility many times in the past, and who was in no acute distress upon admission. Upon discharge, 12 days later, decedent was malnourished, dehydrated, severely emaciated, damaged in his lungs, severely damaged with skin breakdown and development of a stage 2 decubitus ulcer, and so weakened as to be barely able to communicate and unresponsive. Decedent was never able to regain the status of health he had enjoyed prior to June 13, 2006, and three months later, died from the injuries he sustained while in the VA Nursing Home Care Unit.

On June 19, 2007, plaintiffs Martha Thompson and Chris Thompson filed a complaint for damages for the wrongful death of their deceased husband, and father, respectively, against the United States of America, alleging causes of action for wrongful death, negligence, willful misconduct and elder abuse.

Plaintiffs request an extension of the mediation deadline because counsel for plaintiffs begins a two week trial on January 14, 2008, and will be unable to complete discovery prior to

the February 4, 2008 deadline.  In addition, defense counsel has stated that the February 4, 2008 mediation deadline will preclude her from completing all of her planned discovery, and she concurs in a request for an extension.

## II.    ARGUMENT

THIS COURT SHOULD GRANT PLAINTIFFS' REQUEST TO EXTEND THE MEDIATION DEADLINE BECAUSE NEITHER PARTY, DESPITE DUE DILIGENCE, IS ABLE TO COMPLETE PLANNED DISCOVERY BY THE MEDIATION DEADLINE, AND BOTH PARTIES STIPULATE TO SUCH AN EXTENSION.

Under rule 6-5 of the ADR Local Rules, the court may, on motion pursuant to Civil Local Rule 7, grant a request to extend the deadline for mediation.  In addition, under Rule 16(b) of the Federal Rules of Civil Procedure, a case management scheduling order "shall not be modified except upon a showing of good cause" and by leave of the court.  To establish "good cause", parties seeking to modify a case management scheduling order must show that, despite due diligence, they are unable to meet the order's timetable.  *See* Johnson v. Mammoth Rescreations, Inc. 975 F.2d. 604, 605 (9th Cir. 1992).

Here, the Court referred the parties to mediation in its November 5, 2007, case management order.  According to ADR Local Rules, the mediation must be held within 90 days after the entry of the order referring the case to mediation.  The mediation deadline falls on a Sunday; therefore, the actual deadline is Monday, February 4, 2008.

Despite due diligence, plaintffs' counsel will not be able to complete planned discovery, including the depositions of multiple defense witnesses, prior to February 4, 2008, because he begins trial in another matter on January 14, 2008.  Plaintiffs' counsel expects the trial to last two

Thompson v. USA
C 07 3237 WHA
NOTICE OF MOTION AND MOTION; MEMORANDUM OF POINTS AND AUTHORITIES;
DECLARATION OF TIMOTHY M. HAMILTON IN SUPPORT OF MOTION TO EXTEND
MEDIATION DEADLINE; [PROPOSED] ORDER; PROOF OF SERVICE                                    Page -5

weeks. In addition, defense counsel also states that a February 4, 2008 mediation deadline would preclude her from conducting all of her planned discovery in this matter, given that it is a wrongful death and elder abuse case that involves numerous witnesses and voluminous records.

Defendant's attorney concurs in the request for an extension of the February 4, 2008, deadline to April 30, 2008, and in fact first stipulated to the request for an extension during a December 11, 2007, telephonic conversation with the mediator and plaintiffs' counsel. An extension to April 30, 2008, would allow both parties to complete discovery within the timetable allowed, and to mediate meaningfully.

### III. CONCLUSION

There is good cause for granting plaintiffs' request to extend the mediation deadline because neither party, despite due diligence, is able to complete discovery and therefore mediate meaningfully by February 4, 2008, and defendant concurs in this request.

Dated: January 7, 2008                                   WALKER, HAMILTON & WHITE

                                                         By:_____/S/_____
                                                            Timothy M. Hamilton
                                                            Attorneys for Plaintiffs

Timothy M. Hamilton (State Bar #90270)
**WALKER, HAMILTON & WHITE**
50 Francisco Street, Suite 460
San Francisco, CA 94133-2100
Telephone: (415) 986-3339
Facsimile:  (415) 986-1618

Attorney for Plaintiffs
MARTHA THOMPSON and
CHRIS THOMPSON

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARTHA THOMPSON and CHRIS THOMPSON, | Case No: C 07 3237 WHA |
| Plaintiffs, | **[PROPOSED] ORDER** |
| v. | Hearing Date: February 14, 2008<br>Time: 8:00 a.m.<br>Dept.: 9<br>Judge: William H. Alsup |
| UNITED STATES OF AMERICA, and DOES 1 to 50, inclusive, | Date of Filing: June 19, 2007<br>Trial Date: November 3, 2008 |
| Defendants. | |

_____/

    Plaintiffs' motion came on regularly for hearing on February 14, 2008, in Department 9 of the above-entitled court, with appearances by counsel as follows:  Walker, Hamilton and White, by Timothy M. Hamilton, on behalf of plaintiffs; U.S. Attorney's Office, Northern District of California, by Ellen M. Fitzgerald, Assistant U.S. Attorney.

The court, having considered the notice of motion and motion; the declaration of Timothy M. Hamilton, the memorandum of points and authorities, the complete records and transcripts; and oral argument, finds:

1. Plaintiffs and defendants cannot, despite due diligence, conform to the mediation deadline, as established by the Court's initial case management order; and

2. There is good cause for granting plaintiffs' request for an extension of the mediation deadline.

THEREFORE, the court grants plaintiffs' motion to request an extension of the mediation deadline. The mediation deadline shall be extended to _____, 2008. All other dates as established in the Court's initial case management order shall remain in place.

DATED: February 14, 2008            By:_____
                                                  WILLIAM ALSUP
                                                  UNITED STATES DISTRICT JUDGE

# PROOF OF SERVICE

<u>Thompson v. US</u>
Case No: C 07 3237 WHA

My business address is 50 Francisco Street, Suite 460, San Francisco, California 94133. I am employed in the County of San Francisco, where this mailing occurs. I am over the age of 18 years and not a party to the within cause. On the date set forth below, I served the foregoing document(s) described as:

NOTICE OF MOTION AND MOTION; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF TIMOTHY M. HAMILTON IN SUPPORT OF MOTION TO EXTEND MEDIATION DEADLINE; [PROPOSED] ORDER; PROOF OF SERVICE

on the following person(s) in this action by placing a true copy thereof enclosed in a sealed envelope addressed as listed below.

**[XX]   BY MAIL**   I sealed said envelope with postage thereon fully prepaid, and placed it for collection by the U.S. Postal Service on **January 8, 2008,** following ordinary business practices.

**[ ]   BY OVERNIGHT COURIER**   On **January 8, 2008,** I deposited said envelope for delivery via Federal Express to the office of the addressee.

**[XX]   BY FACSIMILE**   On **January 8, 2008,** I transmitted this document to the parties listed below at the facsimile numbers listed.

**[XX]   BY E-MAIL**   On **January 8, 2008,** I transmitted the above-listed documents as PDF files to the e-mail address of the party listed below.

Ellen M. Fitzgerald
Assistant U.S. Attorney
450 Golden Gate Ave., Box 36055
San Francisco, CA 94102-3495
Fax.: (415) 436-6748
*By: e-mail, fax and U.S. mail*

Carolyn L. Rosenblatt
Law Offices of Carolyn Rosenblatt
711 Mission Avenue
San Rafael, CA 94901
*By: U.S. mail only*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on **January 8, 2008,** at San Francisco, California.

_____
Clarissa Kearns