IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARTHA THOMPSON and
CHRIS THOMPSON,

    Plaintiffs,

  v.

UNITED STATES OF AMERICA,
and DOES 1 to 50,

    Defendants.

No. C 07-03237 WHA

**ORDER GRANTING EXTENSION OF MEDIATION DEADLINE**

    The Court has received plaintiff's request to extend the mediation deadline currently scheduled for February 4, 2008. The mediation deadline will be extended to **MARCH 30, 2008**. The discovery cut-off date and all other events in this case will remain as scheduled. Counsel should not use this extension as a ground to seek a further extension of other deadlines.

    **IT IS SO ORDERED.**

Dated: January 9, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE