# UNITED STATES DISTRICT COURT

**Northern District of California**

| | |
|---|---|
| Thompson,<br><br>            Plaintiff(s),<br><br>      v.<br><br>United States of America,<br><br>            Defendant(s). | No. C 07-03237 WHA MED<br><br>**Certification of ADR Session** |

<u>Instructions:</u> *The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.*

1. I hereby certify that the parties in this matter held a ☑ Mediation or ☐ ENE session on (date) **3/28/2008**

2. Did the case settle?     ☐ fully     ☐ partially     ☐ no

3. If the case did not settle fully, is any follow-up contemplated?
   ☑ another session scheduled for (date) **5/16/2008**
   ☐ phone discussions expected by (date) _____
   ☐ no

4. IS THIS ADR PROCESS COMPLETED?     ☐ YES     ☐ NO

Dated: **3/28/2008**                    _/s/ Arnold B. Haims_
                                         Mediator, Arnold B. Haims
                                         Haims, Valentino & Latchaw, L.L.P
                                         180 Grand Ave., Suite 700
                                         Oakland, CA 94612

**Certification of ADR Session**
07-03237 WHA MED