# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Thompson<br><br>        Plaintiff(s),<br><br>   v.<br><br>United States of America<br><br>        Defendant(s). | No. C 07-03237 WHA MED<br><br>**Certification of ADR Session** |

*Instructions: The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.*

1. I hereby certify that the parties in this matter held a (further) Mediation on **8/28/08**

2. Did the case settle?    **Fully settled.**

3. If the case did not settle fully, is any follow-up contemplated?

    another session scheduled for

    phone discussions expected by

    no

**4.   IS THIS ADR PROCESS COMPLETED?        YES.**

Dated:    8/28/2008              /s/
                    **Mediator, Arnold B. Haims**
                    Haims, Valentino & Latchaw, L.L.P
                    180 Grand Ave., Suite 700
                    Oakland, CA 94612

**Certification of ADR Session**
07-03237 WHA MED